IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDERICK STACY,**

    Petitioner,

v.   CASE NO. 4:13-cv-125-MW/CAS

**FLORIDA DEPARTMENT
OF CORRECTIONS,**

    Respondent.

****************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 11, filed July 2, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall **transfer this cause to the United States District Court for the Middle District of Florida, Tampa Division, for further proceedings.**

SO ORDERED on July 18, 2013.

                                                s/Mark E. Walker          
                                                **United States District Judge**